1 | Christina M. Lucio (SBN 253677)
  | christina@emplawllp.com
2 | Mitchell J. Murray (SBN 285691)
  | mitchell@emplawllp.com
3 | Nicholas W. Schieffelin (SBN 302329)
  | nick@emplawllp.com
4 | **EMPLAW, LLP**
  | 2235 Encinitas Blvd., Suite 210
5 | Encinitas, CA 92024
6 | Telephone: (760) 208-1755

7 | Attorneys for Plaintiff AHMAD SARI KASSEM, individually,
  | and on behalf of himself and all others similarly situated
8 |

9 | Shiva S. Davoudian, Bar No. 232771
  | sdavoudian@littler.com
10 | Hider J. Al-Mashat, Bar No. 291664
   | abernstein@littler.com
11 | LITTLER MENDELSON, P.C.
   | 2049 Century Park East, 5th Floor
12 | Los Angeles, California 90067.3107
   | Telephone: 310.553.0308
13 | Facsimile: 800.715.1330

14 | Attorneys for Defendant
   | THE PITTSBURGH PAINTS CO.
15 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD SARI KASSEM, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PITTSBURGH PAINTS CO., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:25-cv-01179-JWH (ASx)<br><br>Assigned to: Hon. John W. Holcomb<br>Courtroom: 9D, 9th Floor<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  April 25, 2025<br>Removal:               May 28, 2025<br>Scheduling Conf.: January 9, 2026<br>Trial:                      Not Set |

Plaintiff Ahmad Sari Kassem ("Plaintiff") and Defendant The Pittsburgh Paints Co. ("Defendant") hereby notify the Court that the Parties have reached a settlement in principle of the PAGA action entitled *Kassem v. The Pittsburgh Paints, Co.,* Superior Court of California, County of Orange, Case No. 30-2025-01493868-CU-OE-CXC, which will encompass the claims asserted in this matter. The Parties are working through the settlement documents and various logistical issues related to approval. The Parties jointly request that the Court relieve the parties of all currently-calendared deadlines, including the upcoming Scheduling Conference on January 9, 2026, so they can prepare the settlement documents.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 24, 2025

/s/ Christina M. Lucio
Christina M. Lucio
Mitchell J. Murray
Nicholas W. Schieffelin

Attorneys for Plaintiff AHMAD SARI KASSEM, individually, and on behalf of himself and all others similarly situated

DATED: December 24, 2025

/s/ Shiva S. Davoudian
Shiva S. Davoudian
Hider J. Al-Mashat
Littler Mendelson, APC

Attorneys for Defendant THE PITTSBURGH PAINTS CO.

## Signature Attestation

I, Shiva S. Davoudian, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 24, 2025                **LITTLER MENDELSON, APC**


By: /s/ Shiva S. Davoudian
Shiva S. Davoudian
Attorneys for Defendant
THE PITTSBURGH PAINTS CO